Abronson Law Offices
Louis S. Abronson, State Bar # 203737
332 North Second Street
San Jose, CA 95112
Phone: (408) 687-9155
Fax: (408) 352-5595
LSA@redhouselawyer.com

Attorney for Plaintiff
Kathy Patellaro

*GRANTED*
*/s/ Susan van Keulen*
*Judge Susan van Keulen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY PATELLARO<br><br>  Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 50,<br><br>  Defendants. | Case No. 5:22-06419-SVK<br><br>REQUEST FOR DISMISSAL |

TO THE COURT, COSTCO WHOLESALE CORPORATION, AND ITS ATTORNEY OF RECORD:

I represent the Plaintiff in this matter, and pursuant to Federal Rule of Civil Procedure 41(a)(2), I request the Court to dismiss this entire case. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Date:   September 28, 2023           By:   /S/ Louis S. Abronson
                                           Louis S. Abronson
                                           Attorney for Plaintiff